Matthew C. Bradford, Esq. (196798)
Marc B. Robinson, Esq. (119364)
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:   (209) 954-9001
Facsimile:    (209) 954-9091

Attorney for Defendants KS CHANDI & SONS, INC. and CHANDI BROTHERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DOAN and PAULINE DOAN<br><br>Plaintiffs,<br><br>vs.<br><br>NIRMAL SINGH, et al.<br><br>Defendants. | CASE NO. 1:13-CV-00531-LJO-SMS<br><br>**ORDER FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION**<br><br>**Judge:  Hon. Lawrence J. O'Neill**<br><br>Date Complaint Filed: April 13, 2013 |

Pursuant to the Court's Order of August 6, 2014 (Doc. 57), the Notice of Pendency of Action recorded on July 19, 2013 as document No. 2013-0061762-00 of the Official Records of Stanislaus County, California (Doc. 50-2) is **EXPUNGED**.

The Clerk of Court is directed to provide a certified copy of this order to counsel at the above address.

IT IS SO ORDERED.

Dated:   **August 12, 2014**            /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE